UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFREY A. WEINMAN,
*as Chapter 7 Trustee*,

    Plaintiff,

v.                                               Case No: 8:21-cv-2604-CEH-TGW

TERRY LYNN WARREN,
*both as Successor Trustee of*
*The Wander Living Trust dated*
*October 12, 1994 and in her*
*individual capacity*,

    Defendant.
_____ /

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas G. Wilson on April 24, 2025 (Doc. 56). In the Report and Recommendation, Magistrate Judge Wilson recommends that Plaintiff's Supplemental Motion on Amount of Attorney's Fees (Doc. 55) be granted to the extent that the plaintiff be awarded attorneys' fees of $36,180.00, and costs of $1,835.97. Additionally, the Magistrate Judge recommends that the judgment be entered personally against the defendant for the attorneys' fees and that the award be satisfied by funds the defendant may be entitled to as a beneficiary of the Wander Living Trust, before she receives any distribution. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is now,

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 56) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Supplemental Motion on Amount of Attorney's Fees (Doc. 55) is **GRANTED** to the extent that plaintiff is awarded attorneys' fees of $36,180.00 and costs of $1,835.97.

(3) The Clerk is directed to enter judgment against the defendant, in her individual capacity, for the attorneys' fees and costs award. The award of attorneys' fees and costs shall be satisfied by funds the defendant may be entitled to as a beneficiary of the Wander Living Trust, before she receives any distribution.

**DONE AND ORDERED** at Tampa, Florida on May 13, 2025.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record